525 A.2d 732

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Michael HELWIG, Respondent.**

Supreme Court of Pennsylvania.

March 23, 1987.

ORDER

PER CURIAM.

AND NOW, to-wit, this 23 day of MARCH, 1987, the Petition for Allowance of Appeal is granted, and the case is remanded to the Superior Court for reconsideration in light of our decision in *Commonwealth v. Goldhammer*, 512 Pa. 587, 517 A.2d 1280 (1986).